**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-6018-CV-SJ-DW |
| | ) | |
| HELEN M. ELLIS, | ) | |
| a/k/a HELEN M. BILDERBACK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff has filed a Notice of Dismissal (Doc. 4) because Defendant cannot be located for

service. Accordingly, this case is DISMISSED.

Date:   April 12, 2007                          /s/ DEAN WHIPPLE
                                                     Dean Whipple
                                            United States District Court